# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BILLY JOSEPH FAYE

NO. 2023 KW 0511

AUGUST 14, 2023

---

In Re:   Billy Joseph Faye, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 620769.

---

BEFORE:   McCLENDON, HESTER AND MILLER, JJ.

WRIT DENIED.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT